Jones *against* Wilson.

A constable who suffers an execution to sleep in his hands, and then pays the money to the plaintiff, without any previous demand of the defendant, and without his request, cannot maintain an action against the defendant for the amount paid to the plaintiff on the execution.

ON *certiorari.* The plaintiff below was a constable, and had an execution against the defendant below, issued by a justice of the peace, at the suit of a third person. The constable, without making any demand on the defendant, and without his request, paid the money to the plaintiff named in the execution, and then brought his action before a justice against the defendant, to recover the amount so paid, to the use of the defendant. An objection was made to the plaintiff's right to bring the action, but the justice overruled the objection, and permitted the cause to be tried by a jury, who found a verdict for the plaintiff.

*Skinner,* for the plaintiff in error.

*Allen,* contra.

*Per Curiam.* The constable had no right to sleep on the execution, and then pay the money to the plaintiff and bring his action against the defendant, without any previous demand or request. Such a practice is not only against the rules of law, but would tend to multiply suits, and increase litigation.

Judgment reversed.